United States District Court
Southern District of Texas
**ENTERED**
April 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TUNG VAN NGUYEN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-297 |
| | § | |
| SON QUOC LE, et al., | § | |
| | § | |
| Defendants. | § | |

# ORDER

The plaintiff has filed a notice of voluntary dismissal under Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure with respect to defendant Hung Quoc Le. Dkt. 33. The court acknowledges this stipulation. Accordingly, the claims against Le are dismissed without prejudice.

Signed on Galveston Island on the 29th day of April, 2021.

---
Jeffrey Vincent Brown
United States District Judge